Demetric Gray **PEARSON,**
**Plaintiff–Appellant,**

v.

Stuart O. **SIMMS,** Secretary, D.P.S.C.S.; Captain Neder; Steven Edward Roach; Jeff Nimes; David Lancaster, Lieutenant; Steve Zollner, Defendants–Appellees.

No. 03–6632.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

Demetric Gray Pearson, Appellant Pro Se. Gloria Wilson Shelton, Joseph Frances Curran, Jr., Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Demetric Gray Pearson seeks to appeal a district court order requiring him to assist the court in effecting service of process. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291

(2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Pearson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*